# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Justin Kelley, Austin Ferguson, Devon Herndon and Cody Pittman, | ) ) ) | **ORDER ADOPTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Spartan Sands, LLC, | ) ) | Case No. 1:18-cv-268 |
| Defendant. | ) | |

On August 21, 2019, the parties filed a Stipulation of Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc No. 24). The above-captioned action is **DISMISSED** with prejudice. All parties shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 26th day of November, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court